**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | **8:16MJ438** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **DETENTION ORDER** |
| | ) | |
| VICTOR WOLFE, | ) | |
| | ) | |
| Defendant. | ) | |

A.  **Order For Detention**
 After waiving a detention hearing pursuant to 18 U.S.C. § 3142(f) of the Bail Reform Act on December 30, 2016, the Court orders the above-named defendant detained pursuant to 18 U.S.C. § 3142(e) and (i).

B.  **Statement Of Reasons For The Detention**
 The Court orders the defendant's detention because it finds:
  _X_  By a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required.
  ___  By clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community.

C.  **Finding Of Fact**
 The Court's findings are based on the evidence which was presented in court and that which was contained in the Pretrial Services Report, and includes the following:
  _X_  (1)  Nature and circumstances of the offense charged:
   _X_   (a)  The crime: failure to appear for the commencement of his sentence in violation of 18 U.S.C. § 3146 carries a maximum sentence of five years imprisonment.
   ___   (b)  The offense is a crime of violence.
   ___   (c)  The offense involves a narcotic drug.
   ___   (d)  The offense involves a large amount of controlled substances, to wit:
  ___  (2)  The weight of the evidence against the defendant is high.
  _X_  (3)  The history and characteristics of the defendant including:
    (a)  General Factors:
     ___   The defendant appears to have a mental condition which may affect whether the defendant will appear.
     ___   The defendant has no family ties in the area.
     _X_   The defendant has no steady employment.
     _X_   The defendant has no substantial financial resources.
     ___   The defendant is not a long time resident of the community.
     ___   The defendant does not have any significant community ties.
     ___   Past conduct of the defendant: use of an alias name.
     _X_   The defendant has a history relating to drug abuse.
     _X_   The defendant has a history relating to alcohol abuse.
     _X_   The defendant has a significant prior criminal record.
     _X_   The defendant has a prior record of failure to appear at court proceedings.
    (b)  At the time of the current arrest, the defendant was on:
     ___   Probation
     ___   Parole
     ___   Release pending trial, sentence, appeal or completion of sentence.

DETENTION ORDER - Page 2

    (c)  Other Factors:

_____ The  defendant is an illegal alien and is subject to deportation.

_____ The  defendant  is a legal alien and will be subject to deportation if convicted.

_____ The Bureau of  Immigration and Custom Enforcement (BICE) has placed a detainer with the U.S. Marshal.

_____ Other: _____

D.  **Additional Directives**

Pursuant to 18 U.S.C. § 3142(i)(2)-(4), the Court directs that:

1.  The defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable from persons awaiting or serving sentences or being held in custody pending appeal; and

2.  The defendant be afforded reasonable opportunity for private consultation with counsel; and

3.  That, on order of a court of the United States, or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED:   December 30, 2016.    BY THE COURT:

    s/ Thomas D. Thalken

    United States Magistrate Judge